IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHANDS TEACHING HOSPITAL
& CLINICS, INC. d/b/a UF HEALTH
SHANDS, a Florida non-profit
corporation,

       Plaintiff,

v.                                              Case No. 1:17cv245-MW/GRJ

ALEX M. AZAR II, in his official
capacity as Secretary of the United
States Department of Health &
Human Services, and
GEORGE LORENZO MORGAN,
an individual,

       Defendants.
_____/

## ORDER GRANTING DEFENDANT AZAR'S MOTION TO AMEND MOTION TO DISMISS, DENYING DEFENDANT'S MOTION TO DISMISS AS MOOT, AND GRANTING DEFENDANT'S MOTION TO STAY DISCOVERY AND CASE DEADLINES

This Court has considered, without hearing, Defendant Alex M. Azar's Motion to Amend its Motion to Dismiss. ECF No. 19. The motion is **GRANTED**. Typically, a party cannot file successive motions asserting a defense or objection "that was available to the party but omitted from its earlier motion." Fed. R. Civ. P. 12(g). Some exceptions exist, however, including subject-matter jurisdiction limitations. Fed. R. Civ. P. 12(h)(3). This is what Defendant seeks to argue in his

1

Amended Motion to Dismiss. Moreover, only three days passed between the initial Motion to Dismiss and the Amended Motion to Dismiss, indicating minimal prejudice, if any, to affected parties. Accordingly, Defendant's Motion to Dismiss, ECF No. 18, is **DENIED as moot**. Defendant's Amended Motion to Dismiss shall be the operative motion.

Finally, Defendant's Motion to Stay Discovery and Case Deadlines, ECF No. 21, while this Court considers the Amended Motion to Dismiss is **GRANTED**. The stay will be lifted only if this Court denies Defendant's Amended Motion to Dismiss.

**SO ORDERED on April 14, 2018.**

                                                        **s/Mark E. Walker**
                                                        **United States District Judge**