## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

SHANDS TEACHING HOSPITAL &
CLINICS INC

    VS                                                              CASE NO.   1:17-cv-245-AW-GRJ

THOMAS E PRICE, et al

## JUDGMENT

This case is dismissed for lack of subject-matter jurisdiction.


                                                          JESSICA J. LYUBLANOVITS
                                                          CLERK OF COURT

 March 26, 2020                      s/ KELLIMALU
DATE                                    Deputy Clerk: Kelli Malu